IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LUIS RAMON NATIVIDAD,

    Plaintiff,

v.   No. 23-cv-0606-JCH-KRS

THE BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF BERNALILLO, *et al*,

    Defendants.

## ORDER TO CURE DEFICIENCIES

This matter is before the Court on Plaintiff's Letter Regarding Civil Rights Claims (Doc. 1) (Letter). Plaintiff is incarcerated and proceeding *pro se*. The Letter indicates he wishes to file a 42 U.S.C. § 1983 civil rights complaint. On July 19, 2023, the Clerk's Office sent Plaintiff a blank § 1983 complaint and motion to proceed *in forma pauperis*. Plaintiff must return the completed complaint within thirty (30) days of entry of this Order. By the same deadline, Plaintiff must also prepay the $402 filing fee or, alternatively, file an *in forma pauperis* motion along with an inmate account statement reflecting transactions for a six-month period. *See* 28 U.S.C. § 1915(a)(2). All filings should include the case number (No. 23-cv-0606-JCH-KRS). The failure to timely comply with both directives may result in dismissal of this case without further notice.

**IT IS ORDERED** that within thirty (30) days, Plaintiff must: (1) file a complaint on the § 1983 form; and (2) prepay the $402 filing fee or submit an *in forma pauperis* motion that attaches an account statement reflecting transactions for a six-month period.

_____
UNITED STATES MAGISTRATE JUDGE